372 A.2d 418
Commonwealth v. D'Ulisse, Appellant.

Argued December 8, 1976. Stephen Robert LaCheen, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Order affirmed.